UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Johnson Health Tech. Co., Ltd.,
Johnson Health Tech North America,
Inc.,

        Plaintiffs,

v.

Spirit Manufacturing, Inc.,

        Defendant.

ORDER

Case No. 13-cv-712-slc

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 12th day of March, 2014.

Stephen L. Crocker
Magistrate Judge